UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
11-7 RECORDING CORP. et al, :
:
                Plaintiffs, :
: 21-CV-7074 (JMF)
    -v- :
: ORDER
THOMAS CUMMINGS, :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- It is hereby ORDERED the parties shall file a proposed stipulated order resolving Plaintiffs' motion for preliminary injunction, *see* ECF No. 18, **no later than October 18, 2021, at 10:00 a.m.**, if they are able to reach an agreement.

- If the parties are unable to reach an agreement and do not file a proposed stipulated order by that time, the parties shall appear via telephone on **October 18, 2021, at 1:00 p.m.** by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.

      SO ORDERED.

Dated: October 12, 2021
       New York, New York
                                            _____
                                                JESSE M. FURMAN
                                              United States District Judge